UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY W. JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> L. E. SCRIBNER, and PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | No. CV 07-7692 DOC (FFM) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) unless petitioner files within 20 days of the entry of this order a First Amended Petition that omits his currently unexhausted claims and is limited solely to his already exhausted claim, Judgment will be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies.

DATED: August 14, 2008

/s/ David O. Carter
DAVID O. CARTER
United States District Judge