# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7692 DOC (FFM) | Date | October 1, 2008 |
|---|---|---|---|
| Title | ANTHONY W. JOHNSON v. L. E. SCRIBNER, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondents: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

     On August 14, 20008, this Court entered an order directing the petitioner file a first amended petition that omits his currently unexhausted claims and is limited solely to his already exhausted claim.  Petitioner has attempted to comply with that order by sending correspondence to the Court without serving copies of such correspondence on respondent.  The Court rejected such attempted filing and advised petitioner that he had failed to include a proof of service.  As of the date of this order, plaintiff has neither filed a first amended petition nor requested an extension of time to do so.

     Petitioner is ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to comply with this Court's order and failure to prosecute.

|   | : |   |
|---|---|---|
|   | Initials of Preparer | JM |